**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| K.G. a Minor, by and through his Parents and Next Friends, CELESTE COLEMAN and ANTHONY GILBERT; and CELESTE COLEMAN, individually and ANTHONY GILBERT, individually, | |
| Plaintiff, | Case No. 20 cv 02872 |
| v. | Honorable Manish S. Shah |
| THE UNITED STATES OF AMERICA, LAWNDALE CHRISTIAN HEALTH CENTER, an Illinois Corporation, LINDSAY McCRACKEN, PA-C, BLUE ISLAND HOSPITAL COMPANY d/b/a METROSOUTH MEDICAL CENTER, an Illinois Corporation, EMERGENCY PHYSICIANS OF BLUE ISLAND d/b/a MP OF BLUE ISLAND, LLC, an Ohio Limited Liability Company; MELISSA O'KEEFE, PA-C and MONICA A. BESZKA, M.D. | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**DEFENDANT, METROSOUTH MEDICAL CENTER'S MOTION
FOR ENTRY OF JUDGMENT PURSUANT TO RULE 68 OF
THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW COMES the Defendant, **BLUE ISLAND HOSPITAL COMPANY, LLC, d/b/a METROSOUTH MEDICAL CENTER** ("MetroSouth"), by its attorneys, **HALL PRANGLE & SCHOONVELD, LLC,** and pursuant to Rule 68 of the Federal Rules of Civil Procedure, respectfully requests that this Honorable Court enter an Order entering judgment against it, and in favor of Plaintiffs, consistent with its May 13, 2022, Rule 68 Offer of Judgment to Plaintiffs, and further directing the clerk to enter the judgment consistent with the terms set forth in its May 13, 2022 Offer of Judgment. In support thereof, Defendant states as follows:

1. On May 13, 2022, MetroSouth tendered a Rule 68 Offer of Judgment to Plaintiffs, offering to allow judgment to be entered against it on specified terms. (*See* MetroSouth's May 13, 2022 Rule 68 Offer of Judgment attached hereto as **Exhibit A**).

2. Consistent with Rule 5 of the Federal Rules of Civil Procedure, MetroSouth served a copy of its May 13, 2022 Offer of Judgment on all parties in this litigation via electronic mail and U.S. mail on May 13, 2022. (*See* Copy of MetroSouth's May 13, 2022 electronic mail to all counsel of record enclosing MetroSouth's May 13, 2022 Rule 68 Offer of Judgment attached hereto as **Exhibit B**).

3. In accordance with Rule 68, MetroSouth's Rule 68 Offer of Judgment was tendered more than fourteen (14) days prior to the commencement of trial. (Fed. R. Civ. P. 68.).

4. On May 18, 2022, in accordance with Rule 68, Plaintiffs served written notice on all parties, accepting MetroSouth's May 13, 2022 Rule 68 Offer of Judgment. (*See* Plaintiffs May 18, 2022 acceptance of MetroSouth's May 13, 2022 Rule 68 Offer of Judgment attached hereto as **Exhibit C**).

5. Plaintiffs' May 18, 2022 written acceptance of MetroSouth's May 13, 2022 Rule 68 Offer of Judgment was served via electronic mail on all counsel of record. (*See* Copy of May 18, 2022 electronic mail from Plaintiffs' counsel enclosing Plaintiffs' acceptance of MetroSouth's Rule 68 Offer of Judgment attached hereto as **Exhibit D**).

6. Consistent with Rule 68, MetroSouth now brings this motion for purposes of filing its May 13, 2022 Offer of Judgment, Plaintiffs' acceptance of the Offer of Judgment, and corresponding proofs of service consistent with Rule 68, and for purposes of having this Court enter judgment consistent with MetroSouth's Offer of Judgment. (Fed. R. Civ. P. 68.; and **Exhibit A-D**.).

WHEREFORE, Defendant, **BLUE ISLAND HOSPITAL COMPANY, LLC, d/b/a METROSOUTH MEDICAL CENTER** respectfully requests that this Honorable Court enter the proposed Order of Judgment, incorporating the terms specified in its May 13, 2022 Rule 68 Offer of Judgment, and further directing the clerk to enter the judgment as required by Rule 68 of the Federal Rules of Civil Procedure.

Respectfully submitted,

**HALL PRANGLE & SCHOONVELD, LLC**

*/s/ Jennifer Ries-Buntain*

One of the Attorneys for Defendant, **BLUE ISLAND HOSPITAL COMPANY LLC d/b/a METROSOUTH MEDICAL CENTER**

Jennifer Ries-Buntain (jries-buntain@hpslaw.com)
Ana C. Cazacu (acazacu@hpslaw.com)
James A. Kearney (jkearney@hpslaw.com)
**HALL PRANGLE & SCHOONVELD, LLC**
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
312-345-9600 | 312-345-9608 | Fax
HPSDocket@hpslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this document to be transmitted to each counsel of record via CM/ECF by filing this document through the CM/ECF system this 28th day of June, 2022.

**HALL PRANGLE & SCHOONVELD, LLC**

*/s/ Jennifer Ries-Buntain*

One of the Attorneys for Defendant, **BLUE ISLAND HOSPITAL COMPANY LLC d/b/a METROSOUTH MEDICAL CENTER**